UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD BEHM AND MICHELLE BEHM, INDIVIDUALLY AND AS NEXT FRIEND FOR TAYLOR BEHM; PEYTON BEHM; AND KENDALL BEHM, MINORS; AND JOE DeCAMILLIS and DANA DeCAMILLIS, CHRIS and SUSAN HALL; GREG GAITHER AND LEAH GAITHER; GABRIEL HICKS; and JAMAR HUNT | § § § § § § § § § § § | |
| Plaintiffs and Intervenors, | § § | CIVIL ACTION NO. 3:11-cv-01129-N |
| vs. | § § | |
| SCOTT JACOBS, and JACOBS CONSULTING, INC. d/b/a JCI d/b/a JCI HOLDING d/b/a S2 SPECIALTY STRUCTURES d/b/a JCI ENGINEERING | § § § § § | |
| Defendants. | § § | |
| JANCY BRILES, | § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| SUMMIT STRUCTURES, LLC, COVER-ALL BUILDING SYSTEMS, INC., SCOTT JACOBS; AND JCI HOLDING, LLC a/k/a S2 SPECIALTY STRUCTURES | § § § § § § | |
| Defendants. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THE _____ day of _____, 2012, all Plaintiffs herein filed their

Stipulation of Dismissal, wherein the Plaintiffs, RICHARD BEHM AND MICHELLE BEHM,

___

INDIVIDUALLY AND AS NEXT FRIEND FOR TAYLOR BEHM; PEYTON BEHM; AND KENDALL BEHM, MINORS; AND JOE DeCAMILLIS and DANA DeCAMILLIS and JANCY BRILES, CHRIS HALL AND SUSAN HALL, JAMAR HUNT, GABRIEL HICKS, and GREG AND LEAH GAITHER (herein collectively, the "Plaintiffs") seek a dismissal with prejudice.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the above-referenced and styled cause as well as all claims and causes of action asserted are dismissed in their entirety with prejudice to Plaintiffs' right to refile same.

SIGNED October 19, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:


 /s/ J. Gregory Marks
**J. Gregory Marks**
ATTORNEYS FOR
RICHARD BEHM, MICHELLE BEHM, INDIVIDUALLY AND AS NEXT FRIEND FOR TAYLOR BEHM, PEYTON BEHM; AND KENDALL BEHM, MINORS; AND JOE DECAMILLIS AND DANA DECAMILLIS

---

AGREED ORDER OF DISMISSAL WITH PREJUDICE – Page 2                    564420.1 402/107

      /s/ Michael G. Guajardo
      **Michael G. Guajardo**
      ATTORNEY FOR JAMAR HUNT


      /s/ K. Camp Bailey
      ~~**Leslie LaMacchia**~~ **K. Camp Bailey**
      **Thomas Scott Allen**
      ATTORNEYS FOR JANCY BRILES


      /s/ Todd H. Ramsey
      **Andrew L. Payne**
      **Todd H. Ramsey**
      ATTORNEYS FOR CHRIS & SUSAN HALL


      /s/ Rick Leeper
      **Broadus A. Spivey**
      **Dicky Grigg**
      **Rick Leeper**
      ATTORNEYS FOR GREG AND
      LEAH GAITHER


      /s/ John Chapman
      **James Orr, Jr.**
      **John Chapman**
      ATTORNEYS FOR GABRIEL HICKS


      /s/ Mark C. Roberts, II
      **Gregory N. Ziegler**
      **Mark C. Roberts II**
      ATTORNEYS FOR SCOTT JACOBS AND JOACOB CONSULTING, INC. D/B/A JCI HOLDING D/B/A S2 SPECIALTY STRUCTURES D/B/A JCI ENGINEERING

___

**AGREED ORDER OF DISMISSAL WITH PREJUDICE – Page** 3      564420.1  402/107